IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JERRY LEE CLARK, SR., | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. CV418-093 |
| SHERIFF JOHN T. WILCHER; LLOYD MURRY JR.; JUDGE PENNY FREESEMAN; TIMOTHY RUFFINI, District Attorney's Office; JASON JONES; ROBERT PRESE; JUNE FORGEL; CHRISTOPHER MEDDLETON; and ATTORNEY TODD MARTIN; | ) |
| Defendants. | ) |

**ORDER**

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 15th day of June 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA